UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Raymond Diaz

                                  Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR-382(7)( )

Defendant **Raymond Diaz** hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

**X** Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**X** Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s/ w/ consent
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Raymond Diaz**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Calvin H. Scholar**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5-3-2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge