UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :   21-mag-3827
     -against-                          :
                                        :   ORDER
Raymond Diaz                            :
                                        :
          Defendant                     :
                                        :
---------------------------------------X

**Katharine H. Parker, United States Magistrate Judge:**

It is hereby **ORDERED** that the defendant, Raymond Diaz (SSN ■■■-■■-9596; DOB 07/19/1976), participate and successfully complete 28 days of detoxification and rehabilitation services at Cornerstone of Medical Arts located at 159-05 Union Turnpike, Fresh Meadows, New York 11366, beginning on 05/05/2021. While at the facility, the curfew and location monitoring conditions will be suspended.

   Dated: New York, New York
          May 4, 2021

                         SO ORDERED:

                         *Katharine H. Parker*
                         _____
                         **Katharine H. Parker**
                         **United States Magistrate Judge**